FILED
CLERK, U.S. DISTRICT COURT
JAN -5 2015
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

*Thu Thi Nguyen,*

      **Plaintiff,**

v.

*Wells Fargo Bank N.A.,*

      **Defendant.**

CASE NO. CV 14-7510-GHK (RZx)

JUDGMENT

Pursuant to the Court's January 5, 2015 Order, IT IS HEREBY ADJUDGED that Plaintiff's Complaint is **DISMISSED with prejudice**. Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED.**

DATED: January 5, 2015

GEORGE H. KING
Chief United States District Judge