JS - 6

FILED: 2/18/15

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Thu Thi Nguyen*, | CASE NO. CV 14-7510-GHK (RZx) |
| Plaintiff, | |
| v. | JUDGMENT |
| *Wells Fargo Bank N.A.* | |
| Defendant. | |

Pursuant to the Court's February 18, 2015 Order, IT IS HEREBY ADJUDGED that Plaintiff's Complaint is **DISMISSED with prejudice**. Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: February 18, 2015

_____
GEORGE H. KING
Chief United States District Judge